**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 05-10067 |
| Plaintiff - Appellant, | D.C. No. MISC-04-234-SI |
| v. | **ORDER** |
| **COMPREHENSIVE DRUG TESTING, INC.,** | |
| Defendant - Appellee. | |

| | |
|---|---|
| **MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION,** | No. 05-15006 |
| Petitioner - Appellee, | D.C. No. CV-04-00707-JCM |
| v. | |
| **UNITED STATES OF AMERICA,** | |
| Respondent - Appellant. | |

| | |
|---|---|
| **In re: SEARCH WARRANTS EXECUTED ON APRIL 8, 2004 AT CDT, INC.,**<br><br>**SEAL 1,**<br><br>Plaintiff - Appellant,<br><br>v.<br><br>**SEAL 2,**<br><br>Defendant - Appellee. | No. 05-55354<br><br>D.C. No. CV-04-02887-FMC |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

05-10067